IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AFSCME LOCAL 2186, By Is Guardian Ad Litem, Pamela Robinson, President, AFSCME LOCAL 2187, By Its Guardian Ad item, Robert Coyle, President and AFSCME LOCAL 159, By Its Guardian Ad litem, Gregory Trueheart, President : <br><br> v. : <br><br> THE CITY OF PHILADELPHIA, Its Officials, Agents, Employees and Assigns, JIM KENNEY, In His Official Capacity as Mayor of the City of Philadelphia, ROB DUBOW, In His Official Capacity as Finance Director of the City of Philadelphia and CHRISTIAN DUNBAR, In His Official Capacity as Treasurer of the City of Philadelphia : | CIVIL ACTION <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> NO. 19-5287 |

## ORDER

**NOW,** this 13th day of November, 2019, upon consideration of the Notice of Removal and the Complaint filed in the state court action, it is **ORDERED** that this action is **REMANDED** to the state court for lack of subject matter jurisdiction.

/s/ TIMOTHY J. SAVAGE J.