IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AFSCME LOCAL 2186, By Is** | : | **CIVIL ACTION** |
| **Guardian Ad Litem, Pamela Robinson,** | : | |
| **President, AFSCME LOCAL 2187, By** | : | |
| **Its Guardian Ad item, Robert Coyle,** | : | |
| **President and AFSCME LOCAL 159,** | : | |
| **By Its Guardian Ad litem,** | : | |
| **Gregory Trueheart, President** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE CITY OF PHILADELPHIA, Its** | : | |
| **Officials, Agents, Employees and** | : | |
| **Assigns, JIM KENNEY, In His Official** | : | |
| **Capacity as Mayor of the City of** | : | |
| **Philadelphia, ROB DUBOW, In His** | : | |
| **Official Capacity as Finance Director of** | : | |
| **the City of Philadelphia and CHRISTIAN** | : | |
| **DUNBAR, In His Official Capacity as** | : | |
| **Treasurer of the City of Philadelphia** | : | **NO. 19-5287** |

## ORDER

**NOW**, this 25th day of November, 2020, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

/s/ TIMOTHY J. SAVAGE J.